**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7705**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

VINCENT PERNELL KYLE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge.  (1:08-cr-00035-GMW-PMS-4)

_____

Submitted:  February 23, 2012      Decided:  February 28, 2012

_____

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Vincent Pernell Kyle, Appellant Pro Se.  Steven Randall Ramseyer, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Pernell Kyle appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Kyle, No. 1:08-cr-00035-GMW-PMS-4 (W.D. Va. Dec. 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED